AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ONTEL PRODUCTS CORPORATION,<br><br>*Plaintiff(s)*<br>v.<br>BEAUTYKO USA INC., IGIA NEW YORK INC., TELESHOP INC., LIFESHOP USA INC., and DERMA OIL INC.,<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-06008(GRB)(ARL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BEAUTYKO USA INC.
c/o The Corporation
57 Watermill Lane
Great Neck, NY 11021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DICKINSON WRIGHT PLLC
John S. Artz
350 S. Main Street, Suite 300
Ann Arbor, MI 48104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney
*CLERK OF COURT*

Date: 10/7/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ONTEL PRODUCTS CORPORATION, *Plaintiff(s)* v. BEAUTYKO USA INC., IGIA NEW YORK INC., TELESHOP INC., LIFESHOP USA INC., and DERMA OIL INC., *Defendant(s)* | Civil Action No. 2:22-cv-06008(GRB)(ARL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DERMA OIL INC.
104-18 109th Street
Richmond Hill, NY 11419

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DICKINSON WRIGHT PLLC
John S. Artz
350 S. Main Street, Suite 300
Ann Arbor, MI 48104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney
*CLERK OF COURT*

Date: 10/7/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ONTEL PRODUCTS CORPORATION,<br><br>*Plaintiff(s)*<br>v.<br>BEAUTYKO USA INC., IGIA NEW YORK INC., TELESHOP INC., LIFESHOP USA INC., and DERMA OIL INC.,<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-06008(GRB)(ARL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   IGIA NEW YORK INC.
c/o Adie Sivan
1 Brewster Street, Suite 3
Glen Cove, NY 11542

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DICKINSON WRIGHT PLLC
John S. Artz
350 S. Main Street, Suite 300
Ann Arbor, MI 48104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Brenna B. Mahoney*
CLERK OF COURT

Date:  10/7/2022



*Laura Jakubowski*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ONTEL PRODUCTS CORPORATION,<br><br>*Plaintiff(s)*<br>v.<br>BEAUTYKO USA INC., IGIA NEW YORK INC., TELESHOP INC., LIFESHOP USA INC., and DERMA OIL INC.,<br><br>*Defendant(s)* | Civil Action No.  2:22-cv-06008(GRB)(ARL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LIFESHOP USA INC.
215-11 106th Avenue
Queens Village, NY 11429


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DICKINSON WRIGHT PLLC
John S. Artz
350 S. Main Street, Suite 300
Ann Arbor, MI 48104


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/7/2022

*Brenna B. Mahoney*
CLERK OF COURT

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ONTEL PRODUCTS CORPORATION,<br><br>*Plaintiff(s)*<br><br>v.<br><br>BEAUTYKO USA INC., IGIA NEW YORK INC., TELESHOP INC., LIFESHOP USA INC., and DERMA OIL INC.,<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-06008(GRB)(ARL) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TELESHOP INC.
c/o Adie Sivan
1 Brewster Street, Suite 3
Glen Cove, NY 11542

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DICKINSON WRIGHT PLLC
John S. Artz
350 S. Main Street, Suite 300
Ann Arbor, MI 48104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/7/2022

*Brenna B. Mahoney*
CLERK OF COURT

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*